# UNITED STATES BANKRUPTCY COURT
Western District of Wisconsin

## PAYMENT ADVICES COVER SHEET
in Accordance with 11 U.S.C. Sec. 521(a)(1)(B)(iv)

**In re:**

Melissa Mouradian

**Debtor(s)**

Case No.: 18-13675

*Please check the appropriate box.*

### For Debtor:

☑  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain). _____

### For Joint Debtor, if applicable:

☐  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain). _____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

**Signature of Debtor:** /s/ Melissa Mouradian    **Date:** 1 Nov 18

**Signature of Joint Debtor:** _____    **Date:** _____

March 2006

| State of Wisconsin - Central Payroll<br>PO Box 7932<br>Madison, WI 53707-7932 | Pay Group: 395 Dept of Transportation<br>Pay Begin Date: 09/02/2018<br>Pay End Date: 09/15/2018 | Business Unit: 39500<br>Advice #: 0011427506<br>Advice Date: 09/27/2018 |
|---|---|---|
| Melissa Kaye Mouradian<br>98 South Holmen Drive Apt 5<br>Holmen, WI 54636-5313 | Employee ID: 100105633<br>Department: 0505210401-La Crosse<br>Location: 395 DMV9 ONALASKA<br>Job Title: DMV CUSTOMER SERVICE REP | TAX DATA: Federal / WI State<br>Marital Status: Single / Single<br>Allowances: 1 / 1<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours Worked | 15.730000 | 80.00 | 1,258.41 | 1,062.92 | 16,529.07 |
| Weekend Differential | 0.600000 | 8.42 | 5.05 | 118.67 | 71.20 |
| Premium Overtime | 15.789565 | 0.25 | 5.91 | 4.84 | 113.34 |
| Premium Overtime | 15.795893 | 0.42 | 9.92 | 0.00 | 0.00 |
| Sick Leave | | 0.00 | | 27.31 | 428.49 |
| Personal Holiday | | 0.00 | | 24.44 | 376.86 |
| Legal Holiday | | 0.00 | | 25.00 | 388.29 |
| Non Tax Travel Reimbursement | | 0.00 | | | 156.68 |
| Taxable Travel Reimbursement | | 0.00 | | | 10.00 |
| **TOTAL:** | | **89.09** | **1,279.29** | **1,263.18** | **18,073.93** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 79.02 | 1,077.67 |
| Fed MED/EE | 16.19 | 233.85 |
| Fed OASDI/EE | 69.27 | 999.93 |
| WI Withholdng | 41.34 | 559.08 |
| **TOTAL:** | **205.82** | **2,870.53** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Health Insurance Plans | 109.50 | 1,095.00 |
| Dental Wisconsin | 10.52 | 147.28 |
| Basic and Suppl Life Insurance | 2.20 | 30.80 |
| Additional Units Life Insuranc | 4.95 | 69.30 |
| Deferred Compensation | 10.00 | 150.00 |
| ERA Medical Account | 39.47 | 513.15 |
| Wisconsin Retirement System | 85.71 | 1,199.78 |
| **TOTAL:** | **262.35** | **3,205.31** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD and D Insurance | 2.89 | 34.68 |
| Spouse and Dependent Life Ins | 2.50 | 35.00 |
| **TOTAL:** | **5.39** | **69.68** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Health Insurance Plans | 923.71 | 9,237.10 |
| Basic and Suppl Life Insurance | 1.13 | 15.82 |
| Additional Units Life Insuranc* | 4.50 | 66.15 |
| Wisconsin Retirement System | 85.71 | 1,199.78 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,279.29 | 1,021.44 | 205.82 | 267.74 | 805.73 |
| YTD | 18,073.93 | 14,778.09 | 2,870.53 | 3,274.99 | 11,928.41 |

### LEAVE BALANCES

| Description | Balance |
|---|---|
| Sick Balance | 43.90 |
| Vacation Balance | 86.65 |
| Personal Holiday Balance | 11.56 |
| Legal Holiday Balance | 31.00 |
| Term Sabbatical Balance | 0.0 |
| CompTime | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0011427506 | Savings | XXX0000 | 805.73 |
| **TOTAL:** | | | **805.73** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE: Open Enrollment is 10/1 thru 10/26/18! Make your 2019 benefit elections in STAR starting 10/1.

**State of Wisconsin - Central Payroll**
PO Box 7932
Madison, WI 53707-7932

| | |
|---|---|
| Pay Group: | WI Dept of Transportation |
| Pay Begin Date: | 08/19/2018 |
| Pay End Date: | 09/01/2018 |

| | |
|---|---|
| Business Unit: | 39500 |
| Advice #: | 0011392994 |
| Advice Date: | 09/13/2018 |

Melissa Kaye Mouradian
98 South Holmen Drive Apt 5
Holmen, WI 54636-5313

| | |
|---|---|
| Employee ID: | 100105633 |
| Department: | 0505210401-La Crosse |
| Location: | 395 DMV9 ONALASKA |
| Job Title: | DMV CUSTOMER SERVICE REP |

| TAX DATA: | Federal | WI State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours Worked | 15.730000 | 71.17 | 1,119.51 | 982.92 | 15,270.66 |
| Weekend Differential | 0.600000 | 8.00 | 4.80 | 110.25 | 66.15 |
| Sick Leave | 15.730000 | 9.00 | 141.57 | 27.31 | 428.49 |
| Personal Holiday | | | 0.00 | 24.44 | 376.86 |
| Legal Holiday | | | 0.00 | 25.00 | 388.29 |
| Non Tax Travel Reimbursement | | | 0.00 | | 156.68 |
| Premium Overtime | | | 0.00 | 4.17 | 97.51 |
| Taxable Travel Reimbursement | | | 0.00 | | 10.00 |
| **TOTAL:** | | **88.17** | **1,265.88** | **1,174.09** | **16,794.64** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 77.51 | 998.65 |
| Fed MED/EE | 16.01 | 217.66 |
| Fed OASDI/EE | 68.43 | 930.66 |
| WI Withholdng | 40.46 | 517.74 |
| **TOTAL:** | **202.41** | **2,664.71** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Health Insurance Plans | 109.50 | 985.50 |
| Dental Wisconsin | 10.52 | 136.76 |
| Basic and Suppl Life Insurance | 2.20 | 28.60 |
| Additional Units Life Insuranc | 4.95 | 64.35 |
| Deferred Compensation | 10.00 | 140.00 |
| ERA Medical Account | 39.48 | 473.68 |
| Wisconsin Retirement System | 84.81 | 1,114.07 |
| **TOTAL:** | **261.46** | **2,942.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD and D Insurance | 2.89 | 31.79 |
| Spouse and Dependent Life Ins | 2.50 | 32.50 |
| **TOTAL:** | **5.39** | **64.29** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Health Insurance Plans | 923.71 | 8,313.39 |
| Basic and Suppl Life Insurance | 1.13 | 14.69 |
| Additional Units Life Insuranc* | 4.50 | 61.65 |
| Wisconsin Retirement System | 84.81 | 1,114.07 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,265.88 | 1,008.92 | 202.41 | 266.85 | 796.62 |
| YTD | 16,794.64 | 13,756.65 | 2,664.71 | 3,007.25 | 11,122.68 |

### LEAVE BALANCES

| Description | Balance |
|---|---|
| Sick Balance | 38.90 |
| Vacation Balance | 86.65 |
| Personal Holiday Balance | 11.56 |
| Legal Holiday Balance | 31.00 |
| Term Sabbatical Balance | 0.0 |
| CompTime | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #0011392994 | Savings | XXX0000 | 796.62 |
| **TOTAL:** | | | **796.62** |

**MESSAGE:** Open Enrollment is coming! New dental plan for 2019. Make your elections in STAR starting 10/1/18.

| State of Wisconsin - Central Payroll | | Pay Group: | 395-Dept of Transportation | Business Unit: | 39500 |
|---|---|---|---|---|---|
| PO Box 7932 | | Pay Begin Date: | 09/16/2018 | Advice #: | 0011462087 |
| Madison, WI 53707-7932 | | Pay End Date: | 09/29/2018 | Advice Date: | 10/11/2018 |

| | | | | TAX DATA: | Federal | WI State |
|---|---|---|---|---|---|---|
| Melissa Kaye Mouradian | Employee ID: | 100105633 | | Marital Status: | Single | Single |
| 98 South Holmen Drive Apt 5 | Department: | 0505210401-La Crosse | | Allowances: | 1 | 1 |
| Holmen, WI 54636-5313 | Location: | 395 DMV9 ONALASKA | | Addl. Percent: | | |
| | Job Title: | DMV CUSTOMER SERVICE REP | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours Worked | 15.730000 | 80.00 | 1,258.41 | 1,142.92 | 17,787.48 | Fed Withholdng | 77.21 | 1,154.88 |
| Weekend Differential | 0.600000 | 8.00 | 4.80 | 126.67 | 76.00 | Fed MED/EE | 15.97 | 249.82 |
| Sick Leave | | 0.00 | | 27.31 | 428.49 | Fed OASDI/EE | 68.26 | 1,068.19 |
| Personal Holiday | | 0.00 | | 24.44 | 376.86 | WI Withholdng | 40.29 | 599.37 |
| Legal Holiday | | 0.00 | | 25.00 | 388.29 | | | |
| Non Tax Travel Reimbursement | | 0.00 | | | 156.68 | | | |
| Premium Overtime | | 0.00 | | 4.84 | 113.34 | | | |
| Taxable Travel Reimbursement | | 0.00 | | | 10.00 | | | |
| TOTAL: | | 88.00 | 1,263.21 | 1,351.18 | 19,337.14 | TOTAL: | 201.73 | 3,072.26 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Health Insurance Plans | 109.50 | 1,204.50 | AD and D Insurance | 2.95 | 37.63 | Medical Health Insurance Plans | 923.71 | 10,160.81 |
| Dental Wisconsin | 10.52 | 157.80 | Spouse and Dependent Life Ins | 2.50 | 37.50 | Basic and Suppl Life Insurance | 1.13 | 16.95 |
| Basic and Suppl Life Insurance | 2.20 | 33.00 | | | | Additional Units Life Insuranc* | 4.50 | 70.65 |
| Additional Units Life Insuranc | 4.95 | 74.25 | | | | Wisconsin Retirement System | 84.64 | 1,284.42 |
| Deferred Compensation | 10.00 | 160.00 | | | | | | |
| ERA Medical Account | 39.48 | 552.63 | | | | | | |
| Wisconsin Retirement System | 84.64 | 1,284.42 | | | | | | |
| TOTAL: | 261.29 | 3,466.60 | TOTAL: | 5.45 | 75.13 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,263.21 | 1,006.42 | 201.73 | 266.74 | 794.74 |
| YTD | 19,337.14 | 15,784.51 | 3,072.26 | 3,541.73 | 12,723.15 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Description | Balance | | Account Type | Account Number | Deposit Amount |
| Sick Balance | 48.90 | Advice #0011462087 | Savings | XXX0000 | 794.74 |
| Vacation Balance | 86.65 | | | | |
| Personal Holiday Balance | 11.56 | | | | |
| Legal Holiday Balance | 31.00 | | | | |
| Term Sabbatical Balance | 0.0 | | | | |
| CompTime | 0.0 | | | | |
| | | | TOTAL: | | 794.74 |

**MESSAGE:** Open enrollment ends 10/26/18. Make all 2019 benefit elections through eBenefits in STAR.

| State of Wisconsin - Central Payroll | Pay Group: | 395-Dept of Transportation | Business Unit: | 39500 |
| --- | --- | --- | --- | --- |
| PO Box 7932 | Pay Begin Date: | 09/30/2018 | Advice #: | 0011496384 |
| Madison, WI 53707-7932 | Pay End Date: | 10/13/2018 | Advice Date: | 10/25/2018 |

| | | | TAX DATA: | Federal | WI State |
| --- | --- | --- | --- | --- | --- |
| Melissa Kaye Mouradian | Employee ID: | 100105633 | Marital Status: | Single | Single |
| 98 South Holmen Drive Apt 5 | Department: | 0505210401-La Crosse | Allowances: | 1 | 1 |
| Holmen, WI 54636-5313 | Location: | 395 DMV9 ONALASKA | Addl. Percent: | | |
| | Job Title: | DMV CUSTOMER SERVICE REP | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours Worked | 15.730000 | 67.17 | 1,056.58 | 1,210.09 | 18,844.06 | Fed Withholdng | 77.24 | 1,232.12 |
| Weekend Differential | 0.600000 | 4.00 | 2.40 | 130.67 | 78.40 | Fed MED/EE | 15.97 | 265.79 |
| Sick Leave | 15.730000 | 4.00 | 62.92 | 31.31 | 491.41 | Fed OASDI/EE | 68.29 | 1,136.48 |
| Personal Holiday | 15.730000 | 9.00 | 141.57 | 33.44 | 518.43 | WI Withholdng | 40.31 | 639.68 |
| Legal Holiday | | | 0.00 | 25.00 | 388.29 | | | |
| Non Tax Travel Reimbursement | | | 0.00 | | 156.68 | | | |
| Premium Overtime | | | 0.00 | 4.84 | 113.34 | | | |
| Taxable Travel Reimbursement | | | 0.00 | | 10.00 | | | |
| TOTAL: | | 84.17 | 1,263.47 | 1,435.35 | 20,600.61 | TOTAL: | 201.81 | 3,274.07 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Health Insurance Plans | 109.50 | 1,314.00 | AD and D Insurance | 2.95 | 40.58 | Medical Health Insurance Plans | 923.71 | 11,084.52 |
| Dental Wisconsin | 10.52 | 168.32 | Spouse and Dependent Life Ins | 2.50 | 40.00 | Basic and Suppl Life Insurance | 1.13 | 18.08 |
| Basic and Suppl Life Insurance | 2.20 | 35.20 | | | | Additional Units Life Insuranc* | 4.50 | 75.15 |
| Additional Units Life Insuranc | 4.95 | 79.20 | | | | Wisconsin Retirement System | 84.65 | 1,369.07 |
| Deferred Compensation | 10.00 | 170.00 | | | | | | |
| ERA Medical Account | 39.47 | 592.10 | | | | | | |
| Wisconsin Retirement System | 84.65 | 1,369.07 | | | | | | |
| TOTAL: | 261.29 | 3,727.89 | TOTAL: | 5.45 | 80.58 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,263.47 | 1,006.68 | 201.81 | 266.74 | 794.92 |
| YTD | 20,600.61 | 16,791.19 | 3,274.07 | 3,808.47 | 13,518.07 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | |
| --- | --- | --- | --- | --- | --- |
| Description | Balance | | Account Type | Account Number | Deposit Amount |
| Sick Balance | 49.90 | Advice #0011496384 | Savings | XXX0000 | 794.92 |
| Vacation Balance | 86.65 | | | | |
| Personal Holiday Balance | 2.56 | | | | |
| Legal Holiday Balance | 31.00 | | | | |
| Term Sabbatical Balance | 0.0 | | | | |
| CompTime | 0.0 | | | | |
| | | TOTAL: | | | 794.92 |

**MESSAGE:** All 2019 Open Enrollment elections must be submitted by 10/26/18. Make your elections in STAR.